UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

STUART MEISSNER and STACEY MEISSNER, on behalf of themselves and all others similarly situated,

PLAINTIFFS,

v.

SYRACUSE UNIVERSITY,

DEFENDANT.

Case no. 5:20-cv-839 (TJM/ATB)

---

## MOTION FOR ADMISSION PRO HAC VICE FOR KATHLEEN P. LALLY

Pursuant to Rule 83.1 of the Local Rules of the United States District Court for the Northern District of New York, I, John C. Cherundolo, hereby move this court for an Order for the admission of Kathleen P. Lally to practice *pro hac vice* and to appear as counsel for Plaintiffs Stuart Meissner and Stacey Meissner in the above-captioned action. This motion is supported by the attached Declaration of Sponsor and Applicant's accompanying Petition for Admission to Practice, Attorney E-Filing Registration Form, and Certificate of Good Standing.

Furthermore, Petitioner is in good standing of the bar of the State of Illinois, and there are no pending disciplinary proceedings against her in any state or federal court.

Dated: December 22, 2020

Respectfully submitted,

/s/ John C. Cherundolo
John C. Cherundolo
Bar Roll No.: 101339
CHERUNDOLO LAW FIRM, PLLC
AXA Tower I, 15th Floor
100 Madison Street
Syracuse, NY 13202

P: (315) 449-9500
F: (315) 449-9804
E: jcherundolo@cheurndololawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

/s/ *John C. Cherundolo*
John C. Cherundolo