UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART MEISSNER and STACEY MEISSNER, on behalf of themselves and all others similarly situated,<br><br>      PLAINTIFFS,<br><br>    v.<br><br>SYRACUSE UNIVERSITY,<br><br>      DEFENDANT. | Case no. 5:20-cv-839 (TJM/ATB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Kathleen P. Lally of the law firm Carlson Lynch, LLP, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Stuart Meissner and Stacey Meissner in the above-captioned matter.

Dated: January 5, 2021

Respectfully submitted,

*/s/ Kathleen P. Lally*
Kathleen P. Lally*
CARLSON LYNCH, LLP
111 W. Washington Street, Suite 1240
Chicago, IL 60602
(312) 750-1265
klally@carlsonlynch.com

*Counsel for Plaintiff*
*Admitted *pro hac vice*